Frank A. Silane (State Bar No.: 90940)
Email: fsilane@condonlaw.com
Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Scott D. Cunningham (State Bar No.: 200413)
Email: scunningham@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
Natasha N. Mikha (State Bar No.: 270731)
Email: nmikha@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Defendant
ASIANA AIRLINES, INC.

- and -

ALL PARTIES LISTED ON THE SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013<br><br>JONGMIN PARK, an individual, and EUNJUNG JO, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation,<br><br>   Defendants. | MDL No. 2497<br><br>This Document Relates to:<br>Case No. CV13-05524 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Defendants Asiana Airlines, Inc. and The Boeing Company, and plaintiffs Jongmin Park and Eunjung Jo, hereby request that the above referenced action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1), with each party to bear her, his or its own costs and attorney's fees.

**IT IS SO STIPULATED.**

I hereby attest that concurrence in the filing of the Stipulation of Dismissal with Prejudice has been obtained from the other Signatories.

Dated: December 4, 2015        CONDON & FORSYTH LLP

By: */s/ Frank A. Silane*
    FRANK A. SILANE
    JENNIFER J. JOHNSTON
    SCOTT D. CUNNINGHAM
    IVY L. NOWINSKI
    NATASHA N. MIKHA
    Attorneys for Defendant
    ASIANA AIRLINES, INC.

Dated: December 4, 2015        PERKINS COIE LLP

By: */s/ Bruce D. Campbell*
    KAYCIE L. WALL
    DANIEL E. LASSEN
    JOHN D. DILLOW
    BRUCE D. CAMPBELL
    JOE SILVERNALE
    MICHAEL E. SCOVILLE
    Attorneys for Defendant
    THE BOEING COMPANY

Dated: December 4, 2015        BAUM HEDLUND ARISTEI & GOLDMAN, PC

By: */s/ A. Ilyas Akbari*
    RONALD L.M. GOLDMAN
    A. ILYAS AKBARI
    Attorneys for Plaintiffs
    JONGMIN PARK and
    EUNJUNG JO

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Case No. CV13-05524 YGR, an individual plaintiffs' case which is part of MDL Case No. 2497, is hereby dismissed with prejudice.

Date: December 8, 2015

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: CV13-05524 YGR
- 3 -
LAOFFICE 131620V.1